```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                  - - -

MELISSA BROWN,                   :  CIVIL ACTION NO. 06-2034
         Plaintiff               :
                                 :
         v.                      :  Philadelphia, Pennsylvania
                                 :  August 22, 2008
NUTRITION MANAGEMENT             :  9:32 o'clock a.m.
SERVICES CO., et al.,            :
         Defendants              :
. . . . . . . . . . . . . . . . .
```

                              JURY TRIAL
            BEFORE THE HONORABLE NORMA L. SHAPIRO
         SENIOR UNITED STATES DISTRICT COURT JUDGE
               THE HONORABLE M. FAITH ANGELL
              UNITED STATES MAGISTRATE JUDGE

                                - - -

APPEARANCES:

For the Plaintiff:      ELLIOT B. PLATT, ESQUIRE
                        Two Penn Center Plaza, Suite 1930
                        1500 John F. Kennedy Boulevard
                        Philadelphia, PA   19102

For the Defendants:     ALAN B. EPSTEIN, ESQUIRE
                        Spector Gadon & Rosen PC
                        Seven Penn Center, Seventh Floor
                        1635 Market Street
                        Philadelphia, PA   19103

                                - - -

Audio Operators:        James Beck
                        Sandy Malloy

Transcribed by:         Tracey J. Williams, CET

(Proceedings recorded by For the Record Gold digital sound recording; transcript produced by AAERT-certified transcriber.)

                                - - -

```
 1              (The following occurred in open court at 9:32
 2   o'clock a.m.:)
 3              JUDGE ANGELL:  Good morning, your Honor.
 4              ALL:  Good morning, your Honor.
 5              JUDGE ANGELL:  You'll be happy to know I'm just
 6   covering for the morning.  Okay.
 7              (Pause.)
 8              (Jury in at 9:33 o'clock a.m.)
 9              JUDGE ANGELL:  Good morning, jurors.  Please be
10   seated.  My name is Faith Angell and I'm a United States
11   Magistrate Judge.  I would like to poll you individually now.
12              So, we'll start, Juror Number 1.  May I know that
13   you abided with Judge Shapiro's instructions not to discuss
14   this case with anyone?
15              JUROR NO. 1:  Yes, did.
16              JUDGE ANGELL:  Juror Number 2, am I assured that you
17   did not discuss this case with anyone last evening?
18              JUROR NO. 2:  I did not, your Honor.
19              JUDGE ANGELL:  Juror Number 3, I also wish to ask
20   you, did you abide with Judge Shapiro's instructions and not
21   discuss the case with family or friends?
22              JUROR NO. 3:  I did, your Honor.
23              JUDGE ANGELL:  Juror Number 4, I would like to know
24   whether in fact you did not discuss this case with anybody,
25   family or friends or anybody?
```

```
 1             JUROR NO. 4:  I did not, your Honor.
 2             JUDGE ANGELL:  Okay.  Juror Number 5, good morning.
 3   I would like to know if in fact you abided with Judge
 4   Shapiro's instructions and didn't discuss the case with
 5   anyone?
 6             JUROR NO. 5:  Yes.
 7             JUDGE ANGELL:  Juror Number 6, I ask you also, did
 8   you agree and abide with Judge Shapiro's instructions not to
 9   discuss this case with anyone?
10             JUROR NO. 6:  Yes, your Honor.
11             JUDGE ANGELL:  Juror Number 7, good morning.  I
12   would like to know from you that you in fact did not discuss
13   the case with family, friends or anyone?
14             JUROR NO. 7:  I did not.
15             JUDGE ANGELL:  Juror Number 8, I'd like to know from
16   you whether in fact you abided with Judge Shapiro's
17   instructions and did not discuss the case with anyone?
18             JUROR NO. 8:  Yes, I abided.
19             JUDGE ANGELL:  Juror Number 9, I would like to know
20   from you whether in fact you abided with Judge Shapiro's
21   instructions and did not discuss the case with anyone?
22             JUROR NO. 9:  I did, your Honor.
23             JUDGE ANGELL:  And, Juror Number 10, I'd like to
24   know from you whether in fact you abided with Judge Shapiro's
25   instructions and did not discuss the case with anyone?
```

4

1       JUROR NO. 10:  I did, your Honor.
2       JUDGE ANGELL:  Very good.  Thank you very much.
3       All right.  Are you ready to go back and deliberate?
4       THE JURY:  Yes, your Honor.
5       JUDGE ANGELL:  Very good.  Thank you.
6       (Jury out at 9:35 o'clock a.m.)
7       JUDGE ANGELL:  I'm not sure when Judge Shapiro will
8  be back, but it shouldn't be too long.  Okay?  Thank you.
9       ALL:  Thank you, your Honor.
10      MR. EPSTEIN:  Your Honor, may I discuss something
11 with you unrelated to the case --
12      JUDGE ANGELL:  Sure.
13      MR. EPSTEIN:  -- in the hallway?
14      JUDGE ANGELL:  Oh, yes.
15      (Court in recess; 9:36 to 4:09 o'clock p.m.)
16      THE COURT:  The jury has a verdict.  I will have the
17 foreman -- could we have the verdict form, please?
18      THE DEPUTY CLERK:  Sure.
19      THE COURT:  I'll have the foreman give me the
20 answers and then I'll voir dire the jury on whether it's the
21 -- I'll poll the jury, excuse me, on whether it's their -- a
22 unanimous verdict and then I'll follow the usual orders about
23 post-trial motions.  I see I picked up a red pen, you're not
24 to take any inference from that fact.
25      Would you bring in the jury?

1        (Discussion held off the record.)
2        THE COURT:  Of course I don't comment on the
3  verdict, but it's my practice if the jury has any questions
4  about court procedure or something I'll go back to the jury
5  room and respond to that sort of question.  In my experiene,
6  on a Friday afternoon there is never a juror who wants to
7  stay, but it seems to me civil to make the offer.
8        (Pause.)
9        (Jury in at 4:12 o'clock p.m.)
10       THE COURT:  Please be seated, members of the jury.
11 My deputy has informed me that you have reached a verdict.
12       Could I have the verdict form, please?
13       (Pause.)
14       THE COURT:  Mr. Foreman, if you would respond?  How
15 did the jury find on Question 1, "Has Melissa Brown proved by
16 a preponderance of the evidence that Nutrition Management
17 Services was a successor in interest to her previous
18 employer," yes or no?
19       THE JURY FOREPERSON:  We answered, "Yes," your
20 Honor.
21       THE COURT:  Did you find that Melissa Brown proved
22 by a preponderance of the evidence that Nutrition Management
23 Services interfered with her rights under the Family and
24 Medical Leave Act?
25       THE JURY FOREPERSON:  We answered, "Yes."

```
 1          THE COURT:  Did you find that -- by a preponderance
 2  of the evidence that Scott Murray occupied a position of
 3  control in Nutrition Management?
 4          THE JURY FOREPERSON:  We answered, "Yes."
 5          THE COURT:  Did you find that Melissa Brown proved
 6  that Scott Murray interfered with her rights under the Family
 7  and Medical Leave Act?
 8          THE JURY FOREPERSON:  We had answered, "No."
 9          THE COURT:  Did you find that Melissa Brown proved
10  by a preponderance of the evidence that Karen Zywalewski
11  occupied a position of control in Nutrition Management so
12  that she could be liable under the Family and Medical Leave
13  Act?
14          THE JURY FOREPERSON:  We answered, "Yes."
15          THE COURT:  Did you find by a preponderance of the
16  evidence that Karen Zywalewski interfered with her rights
17  under the Family and Medical Leave Act?
18          THE JURY FOREPERSON:  We answered, "No."
19          THE COURT:  In what amount, if any, has the
20  plaintiff, Melissa Brown, proved by a preponderance of the
21  evidence damages for lost wages or financial benefits from
22  the time she was terminated until today as a result of her
23  termination?
24          THE JURY FOREPERSON:  We answered, "$74,000."
25          MR. PLATT:  Forgive me, your Honor, I didn't hear
```

```
 1  that.
 2          THE JURY FOREPERSON:  $74,000.
 3          MR. PLATT:  Thank you.
 4          THE COURT:  In what amount, if any, has she proved
 5  by a preponderance of the evidence damages for future lost
 6  wages or financial benefits as a result of her termination?
 7  That's 8.
 8          THE JURY FOREPERSON:  That's 8?  We answered, "Omit
 9  per Judge's instructions."
10          THE COURT:  I can't hear you.
11          THE JURY FOREPERSON:  "Omit per Judge's
12  instructions."
13          THE COURT:  Oh, all right.
14          (Laughter.)
15          THE COURT:  9, "By what amount has defendant proved
16  by a preponderance of the evidence that the plaintiff's
17  damages for past and future lost wages, if any, should be
18  reduced for her familure to mitigate?"
19          THE JURY FOREPERSON:  Zero, your Honor.
20          THE COURT:  Question 10, "Do you find that Melissa
21  Brown proved by a preponderance of the evidence that her
22  pregnancy was a determinative factor when Nutrition
23  Management Services terminated her employment?"
24          THE JURY FOREPERSON:  The answer is, "No."
25          THE COURT:  That ends your deliberations, is that
```

8

1 | correct?
2 |        THE JURY FOREPERSON: That's correct, your Honor.
3 |        THE COURT: Juror Number 1, was that your verdict?
4 |        JUROR NO. 1: Yes.
5 |        THE COURT: On all the questions to which I asked.
6 |        Juror Number 2, was that your verdict as well?
7 |        JUROR NO. 2: Yes, it was, your Honor.
8 |        THE COURT: Juror Number 3, Mr. Foreman, was that
9 | your personal verdict as well?
10 |        JUROR NO. 3: Yes, it was.
11 |        THE COURT: Juror Number 4, was that your verdict?
12 |        JUROR NO. 4: Yes, your Honor.
13 |        THE COURT: Juror Number 5?
14 |        JUROR NO. 5: Yes, your Honor.
15 |        THE COURT: Juror Number 6?
16 |        JUROR NO. 6: Yes, your Honor.
17 |        THE COURT: Juror Number 7?
18 |        JUROR NO. 7: Yes, your Honor.
19 |        THE COURT: Juror Number 8?
20 |        JUROR NO. 8: Yes, your Honor.
21 |        THE COURT: Juror Number 9?
22 |        JUROR NO. 9: Yes, your Honor.
23 |        THE COURT: And Juror Number 10?
24 |        JUROR NO. 10: Yes, your Honor.
25 |        THE COURT: Very well. That concludes your

```
 1   deliberations and you have the thanks of the Court.  It's not
 2   my role and I won't comment on the verdict except to thank
 3   you.  You are now free to discuss the case with your family
 4   or friends or whomever, but when you do you should be more
 5   willing to discuss your personal thoughts than reveal the
 6   thoughts or feelings of your fellow jurors.
 7              It's my practice, if you want to ask any questions
 8   not about the verdict but about the procedures or court
 9   practice, that I am willing to come back to the jury room and
10   talk to you, but you don't -- you're free to leave, if you
11   wish, you don't have to stay.  I realize it's late on a
12   Friday afternoon.  I have to have a few words with the
13   lawyers and then, if any of you have stayed, I'll be in.
14              Thank you.  You are excused.  Have a wonderful
15   weekend.
16              (Jury excused at 4:18 o'clock p.m.)
17              THE COURT:  We will have some matters to consider as
18   a result of this, but I think it's premature just now.  So,
19   you will want to consider the issue of attorneys' fees and
20   perhaps you could have some discussions about that, we might
21   have to have briefings.
22              (Discussion held off the record.)
23              THE COURT:  So, I'll be in touch with you.
24              MR. PLATT:  Thank you, your Honor.
25              THE COURT:  Thank you.
```

10

1    MR. PLATT:  Your Honor, I must confess that I'm
2 somewhat confused about the answer to Number 8 where it said,
3 "Omit per Judge's instructions."
4    THE COURT:  Well, I said, as I believe in my charge
5 and I'll check, that they didn't have to award damages for
6 future lost, it was in their discretion and I think that --
7    MR. PLATT:  Oh, all right, that's how we take it.
8    THE COURT:  -- I believe that's what they meant, not
9 that I told them not to.  That gave me pause for a minute
10 too, but it's clear that they didn't award any.
11    MR. PLATT:  Yes.
12    THE COURT:  Mr. Epstein?
13    MR. EPSTEIN:  I have nothing, your Honor.
14    THE COURT:  All right.  Well, you're free to go.
15 I'm just waiting --
16    MR. PLATT:  Thank you, your Honor.
17    THE COURT:  -- to see if they wanted to --
18    MR. EPSTEIN:  Oh, okay.
19    THE COURT:  -- talk before I --
20    MR. EPSTEIN:  I thought you were going to be leaving
21 the courtroom and I was getting up, your Honor.
22    THE COURT:  Ah, thank you.  All right, I am.  I'm
23 leaving the courtroom, but where I'm going is what the
24 question is.
25    MR. EPSTEIN:  Understood.

1       THE COURT:  Thank you.
2       (Court adjourned at 4:20 o'clock p.m.)
3                        * * *

CERTIFICATION

I hereby certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

```
Geraldine C. Laws, CET            Dated 11/25/08
Laws Transcription Service
```