N̲O̲

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA BROWN | : CIVIL ACTION |
| v. | : |
| NUTRITION MANAGEMENT SERVICES CO., SCOTT MURRAY and KAREN ZYWALEWSKI | : NO. 06-2034 |

FILED
JAN 2 1 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 21st day of January, 2009, in accordance with the court's Order of this date granting plaintiff's motion to amend the judgment (paper no. 172), it is **ORDERED** that:

1. The court's Order of 8/22/2008 (paper no. 163) is **VACATED**.

2. **CIVIL JUDGMENT** is entered in favor of plaintiff Melissa Brown and against defendant Nutrition Management Services Company in the amount of One Hundred Sixty-One Thousand Three Hundred Eleven Dollars and Sixty-Four Cents ($161,311.64).

3. Judgment is entered in favor of defendant Scott Murray and against plaintiff Melissa Brown.

4. Judgment is entered in favor of defendant Karen Zywalewski and against plaintiff Melissa Brown.

*/s/ Norma L. Shapiro*

**ENTERED**
JAN 22 2009
**CLERK OF COURT**