IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

JUL - 2011

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

| | | |
|---|---|---|
| MELISSA BROWN | : | |
| Plaintiff | | Civil Action |
| | : | |
| v. | | No. 06-2034 |
| | : | |
| | | Jury Trial Demanded |
| NUTRITION MANAGEMENT | : | |
| SERVICES CO. *et al.* | | |
| Defendants | : | |

**ORDER**

AND NOW, this 7th day of July, 2008, upon consideration of Plaintiff's Supplemental Motion for Allowance of Attorney's Fees and Costs and any response thereto, it is Ordered that Plaintiff's Motion is granted. Plaintiff is hereby awarded against Defendant Nutrition Management Services Co. attorney's fee in the amount of $27,160.00, plus costs in the amount of $~~429.89~~ $415.50.

Norma L. Shapiro
                              J.

- 1 -